

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:        Samuel Espinoza Rodriguez v. The State of Texas

Appellate case number:    01-13-00448-CR

Trial court case number:  1356099

Trial court:                        182nd District Court of Harris County

   It is ordered that Appellant's Motion for En Banc Reconsideration is **denied**.

Judge's signature: /s/ Rebeca Huddle

     Acting for the En Banc Court*

Date: June 23, 2016

*En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.